Paul S. Petterson, OSB 79474
Attorney at Law
PO Box 219044
Portland OR 97225-9044
503-341-6308
*paulpetterson@netscape.net*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:13-CR-00087-BR |
| | ) | |
| v. | ) | MOTION TO DISMISS |
| | ) | |
| DIALLO J. GASTON, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to an agreement with the Government, on October 29, 2013, the Defendant was convicted in state court of Promoting Prostitution, and was sentenced to serve 42 months in state prison, followed by 18 months post-prison supervision. Multnomah County Circuit Court Case No. 131034922.

Pursuant to the agreement with the Government, Defendant moves to dismiss this federal case.

Respectfully submitted on November 4, 2013.

/s/ *Paul S. Petterson*
Paul S. Petterson, OSB 79474
Attorney for Defendant