S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**SCOTT M. KERIN, OSB #** 965128
Assistant United States Attorney
Scott.Kerin@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR   97204-2902
Telephone:   (503) 727-1000
Facsimile:   (503) 717-1117
        Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 3:10-CR-00087-BR** |
| **v.** | **GOVERNMENT'S MOTION TO DISMISS** |
| **DIALLO J. GASTON,** | |
| **Defendant.** | |

The United States of America, by S. Amanda Marshall, United States Attorney for the

District of Oregon, and through Scott M. Kerin, Assistant United States Attorney, moves this court

to dismiss the Indictment in this matter in the interests of justice.

The defendant is currently pending trial here within the District of Oregon on one count of

Sex Trafficking of a Child, in violation of Title 18, United States Code, Section 1591(a)(1),

1591(b)(2), 1591(c) and 1594(a).   Subsequent to his indictment in federal court and pursuant to a

plea agreement, on October 29, 2013, the defendant pled guilty in Multnomah County Circuit

Court to one count of Promoting Prostitution, in violation of Oregon Revised Statute Section

167.012.   As part of his guilty plea he was sentenced to serve 42 months in state prison (with no

credit for the time he served pending the federal case), to be followed by 18 months of Post-prison supervision.

Pursuant to the global resolution of both matters and the defendant's guilty plea and sentencing in state court for a crime covering the same course of conduct for which he was charged in this Court, we ask the Court to dismiss the pending federal indictment here within the District of Oregon in the Interests of Justice.   Defendant's counsel has no objection.

Dated this 4th day of November 2013.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney

*/s/ Scott M. Kerin*

SCOTT M. KERIN
Assistant United States Attorney